CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 7 2008

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| FELIX LUIS ROCHE MONTALVO, SECURED PARTY/CREDITOR, Plaintiff, | Civil Action No. 7:08-cv-00537 |
| v. | **FINAL ORDER** |
| FELIX LUIS ROCHE MONTALVO, Defendant in Rem. | By: Hon. Glen E. Conrad United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 12(b)(1), as wholly frivolous and therefore outside the subject matter jurisdiction of the court, and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 7th day of October, 2008.

_____
United States District Judge